UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | : | 13-cv-08391 (PAE) |
| *Plaintiff,* | : | |
| -against- | : | **DECLARATON OF** |
| | : | **ERIC W. BUETHER** |
| BRAVO MEDIA LLC, | : | |
| *Defendant.* | : | |

Eric W. Buether, under penalty of perjury, affirms and states as follows:

1. I am a member of the firm Buether Joe & Carpenter, LLC, and one of the attorneys representing Plaintiff DietGoal Innovations LLC ("DietGoal" or "Plaintiff"), in this action against Defendant Bravo Media LLC ("Bravo" or "Defendant"). I submit this Declaration in opposition to Defendant's Motion for Summary Judgment (Dkt. 128).

2. Attached as Exhibit A is a copy of United States Patent No. 6,585,516.

3. Attached as Exhibit B is a copy of the `516 Patent Reexamination Certificate.

4. Attached as Exhibit C is a summary of the additional limitations required by each of the new claims that were issued in the `516 Patent Reexamination Certificate.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 7, 2014, in Dallas, Texas.

_____
Eric W. Buether