UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                        :
DIETGOAL INNOVATIONS LLC,                                               :
                                                                        :       13 Civ. 8391 (PAE)
                              Plaintiff,                    :
                                                                        :       ORDER
        -v-                                                             :
                                                                        :
BRAVO MEDIA LLC (DIVISION OF NBC UNIVERSAL                              :
MEDIA, LLC), et al.,                                                    :
                                                                        :
                              Defendants.                   :
                                                                        :
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

       The Court has received a request from the parties to submit additional briefing in connection with the two summary judgment motions currently pending before the Court, in light of the Supreme Court's recent decision in *Alice Corp. Pty. Ltd. v. CLS Bank International*. The parties may each submit to the Court, no later than June 26, 2014, a letter setting out its views. Any such letter shall not exceed five pages in length, single spaced.

       SO ORDERED.

                                                               *Paul A. Engelmayer*
                                                              Paul A. Engelmayer
                                                              United States District Judge

Dated: June 23, 2014
       New York, New York