```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED   07/08/2014
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Dietgoal Innovations LLC,

                Plaintiff,                13 **CIVIL** 8391 (PAE)

        -against-                **JUDGMENT**

Bravo Media LLC (Division of NBC
Universal Media, LLC),
                Defendant.
------------------------------------------------------------X

      Defendant Bravo Media LLC having moved for two motions for summary judgment (Doc. #127) pursuant to Fed. R. Civ. P. 56: one on the ground that the '516 Patent is drawn to patent-ineligible subject matter, and thus is invalid under § 101 of the Patent Act, 35 U.S.C. § 101; and the other on the ground that Bravo did not infringe on the '516 patent, and the matter having come before the Honorable Paul A. Engelmayer, United States District Judge, and the Court, on July 8, 2014, having rendered its Opinion & Order (Doc. #148) the '516 Patent is drawn to patent-ineligible subject matter, granting Bravo's motion for summary judgment, and directing the Clerk of Court to terminate all pending motions, and to close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 8, 2014, the '516 Patent is drawn to patent-ineligible subject matter. Bravo's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
        July 8, 2014

                                            **RUBY J. KRAJICK**

                                                **Clerk of Court**
                    **BY:**      *K. Mango*

                                                  **Deputy Clerk**